SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-230 JL |
| Plaintiff, | [PROPOSED] ORDER AND STIPULATION CONTINUING HEARING FROM NOVEMBER 29, 2007 TO JANUARY 24, 2008 |
| v. | |
| LESLIE LEGGETT, | |
| Defendant. | |

    The parties are currently set for a November 29, 2007 status hearing on a Supervised Release Violation Form 12 filed by Probation Officer JaDee Voss.  The parties hereby stipulate as follows:

    1.    There are currently state charges pending against Defendant Leggett, for making criminal threats, in violation of California Penal Code section 422.  In addition, Leggett has also been indicted in a six-count Indictment in the Eastern District of California, *United States v. Leggett and Small*, 1:07 CR 00181 OWW, for conspiracy to pass counterfeit currency (18 U.S.C. § 371), two counts of passing and uttering counterfeit obligations and securities of the United States (18 U.S.C. § 472), two counts of attempt to do the same (18 U.S.C. § 472), and possession of counterfeit obligations and securities of the United States (18 U.S.C. § 472).

CR 06-230 JL
STIP & [PROPOSED] ORDER

2. All parties agree that the proceedings on the Form 12 should trail the proceedings on the pending state and federal charges, which have not yet been fully resolved. The Defendant has pled guilty to the charge of conspiracy to pass counterfeit currency in the Eastern District of California, and is scheduled to be sentenced on January 14, 2008.

3. Because the parties anticipate that this Court's determination as to the appropriate disposition of the pending Form 12 may be guided, at least in part, by the sentence imposed in the Eastern District of California, the parties request that the Court vacate the November 29, 2007 hearing date and set the case for a new status hearing date on January 24, 2008 at 11:00 a.m.

4. Counsel for the government has cleared the January 24, 2008 date with U.S. Probation Officer JaDee Voss and Courtroom Deputy Wings Hom.

IT IS SO STIPULATED.

DATED: ____11/19/07_____        _____/s/_____
                                      TRACIE L. BROWN
                                      Assistant United States Attorney

DATED: _____        _____/s/_____
                                      BRIAN BERSON
                                      Attorney for LESLIE LEGGETT

**[PROPOSED] ORDER**

**IT IS SO ORDERED.** The parties shall appear for a status hearing on the pending Form 12 at 11:00 a.m. on ~~November 29, 2007~~.   January 24, 2008

DATED: __11-27-07_____        _____
                                      THE ~~K~~       ~~RSON~~
                                      United States Magistrate Judge

[Stamp: IT IS SO ORDERED / Judge James Larson / United States District Court, Northern District of California]

CR 06-230 JL
STIP & [PROPOSED] ORDER                 2